```
MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KENNETH ADDISON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | CASE NO.: 2:25-cv-03119-DMC<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER |

　　　The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file his motion for summary judgment to February 12, 2026.

　　　Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, Plaintiff's counsel had several unexpected deadlines in early January and requires an additional 14 days to prepare the motion for summary judgment in this case.

　　　On January 7, 2026, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER - 1

1  Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an
2  extension of time.

DATE:  January 7, 2026                                  Respectfully submitted,

By:   /s/ Margaret Lehrkind
      Margaret Lehrkind
      SBCA # 314717
      2625 Alcatraz Ave, # 208
      Berkeley, CA 94705
      Tel: 510-590-1907
      Margaret@LehrkindLawOffice.com


By:   /s/ Oscar Gonzalez de Llano
      Office of the General Counsel, SSA
      Office of Program Litigation, Office 7
      Social Security Administration
      6401 Security Boulevard
      Baltimore, MD 21235
      510-970-4818
      Email: Oscar.Gonzalez@ssa.gov


**IT IS SO ORDERED:**

Dated:  January 7, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE


STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER - 2